# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4999 | **DATE** | 8/15/2007 |
| **CASE TITLE** | DANONE ASIA PTE.LTD., et al vs. BEST FOOD SERVICES, INC. | | |

**DOCKET ENTRY TEXT**

Enter Final Judgment On Consent And Order Of Permanent Injunction.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | LG |
|---|---|---|---|

